UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOMMY CHANCI CASTLE, SR. and 4 CASTLE'S INC.,

    Plaintiffs,

v.

Case No: 6:18-cv-1448-Orl-40TBS

DONALD JOHN TRUMP, MIKE PENCE, JEFF SESSIONS, CARLOS E. MENDOZA and GREGORY J. KELLY,

    Defendants.
_____/

## ORDER

This cause comes before the court on Magistrate Judge Thomas B. Smith's September 24, 2018, Report and Recommendation. (Doc. 6 (the "**Report**")). Upon a *sua sponte* review, Magistrate Judge Smith concluded that *pro se* Plaintiff Tommy Chanci Castle, Sr.'s Complaint (Doc. 1) failed to satisfy "minimal pleading standards." (Doc. 6, p. 2–3). Therefore, Magistrate Judge Smith recommended that the case be dismissed without leave to amend.

On September 27, 2018, Plaintiff filed an Objection to the Report. (Doc. 13). Upon an independent *de novo* review of the record, and after considering Plaintiff's Objection, the Court agrees with the analysis set forth in the Report. Like the Complaint (Doc. 1), Plaintiff's Objection is unintelligible, incomprehensible, and nonsensical. The Court is unable to decipher the grounds upon which Plaintiff objects. Thus, Plaintiff's Objection does not identify an adequate basis for this Court to overrule the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Objection to Magistrate Judge Smith's Report and Recommendation (Doc. 13) is **OVERRULED**.

2. Magistrate Judge Smith's Report and Recommendation (Doc. 6) is **ADOPTED AND CONFIRMED** and made part of this Order.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Orlando, Florida on November 15, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties